Exhibit 6

VIRGINIA:

## IN THE FAIRFAX COUNTY CIRCUIT COURT

NORTHROP GRUMMAN SYSTEMS )
CORPORATION, et al., )
                                            )
        Plaintiffs, )
                  v. )       CL No. 2015-3427
                                            )
DYNCORP INTERNATIONAL INC., et al., )
                                            )
        Defendants. )

## ORDER GRANTING CONSENT MOTION TO SEAL SUBCONTRACT AND TASK ORDERS

This matter comes before the Court on the Consent Motion of the Defendants DynCorp International Inc. and DynCorp International LLC ("DI" or "Defendants") to seal ("Motion to Seal") the Subcontract and Task Orders, as defined in and attached as exhibits to the Demurrer and Motion Craving Oyer filed on April 28, 2015. Having considered the Motion to Seal and finding good cause to grant the relief requested, it is hereby

ORDERED that the Consent Motion to Seal shall be, and hereby is, GRANTED, and the Subcontract and Task Orders shall remain sealed until further Order of this Court.

So ORDERED this 4th day of May, 2015.

_____
Fairfax Circuit Court Judge

WE ASK FOR THIS:

_____
Rand L. Allen (Va. Bar No. 16130)
Attison L. Barnes III (Va. Bar No. 30458)
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com
rallen@wileyrein.com

Richard C. Sullivan, Jr. (VA Bar No. 27907)
Bean Kinney & Korman PC
2300 Wilson Boulevard, Suite 700
Arlington, VA 22201
Tel: (703) 525-4000
Fax: (703) 525-2207
rsullivan@beankinney.com

*Counsel for Defendants*

_____
Susan R. Podolsky
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Telephone: (571) 366-1702
spodolsky@podolskylaw.com

Edward N. Siskel, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
edward.siskel@wilmerhale.com

Anne Bluth Perry
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
aperry@sheppardmullin.com

*Counsel for Plaintiffs*